NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

RUST-OLEUM CORPORATION, RPM
INTERNATIONAL, INC.,
*Appellants*

v.

KATHERINE K. VIDAL, Under Secretary of
Commerce for Intellectual Property and
Director of the United States Patent and
Trademark Office,
*Intervenor*

2019-2238

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-02158.

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    RUST-OLEUM CORPORATION V. VIDAL

(2)  Each side shall bear their own costs.


                                    FOR THE COURT

October 25, 2022
     Date                           /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE:** October 25, 2022